**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| **MONICA WILLIAMS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., JOHN DOE and XYZ CORPORATION,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO.**<br><br>**7:26-CV-00197-WLS** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Monica Williams and Defendant Love's Travel Stops & Country Stores, Inc., by and through their undersigned counsel, jointly stipulate that this action, including all claims asserted against all Defendants, is hereby dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

This stipulation is signed by all parties who have appeared and is effective upon filing without further order of the Court.

SO ORDERED this 8th day of September, 2026

W. Louis Sands

W. Louis Sands, SR. Judge
United States District Court

Respectfully submitted this 4th day of September, 2026.

Law Office of Johnny Philips, PC
***/s/ Johnny Philips (by Foss Baker)***
By: Johnny Philips, Bar No. 382150
Attorney for Plaintiff
12 Jackson Street
Newnan, Georgia 30263
johnny@johnnyphillipslaw.com
(404) 487-0184

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
***/s/ Foss Baker***
By: Foss Baker, Bar No. 296402
Attorney for Defendant
365 Northridge Road, Suite 230
Atlanta, GA 30350
Foss.baker@qpwblaw.com
(770) 650-8737