IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MONICA WILLIAMS, | * | |
| Plaintiff, | * | |
| v. | * | Case No. 7:26-cv-197 (WLS) |
| LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., et al., | * | |
| Defendants. | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated September 8, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk